UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Laura Constantine ) | |
| ) | |
| ) | |
| v. ) | C.A. 14-181-M |
| ) | |
| Carolyn Colvin, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration ) | |

ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 7, 2015 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). The Plaintiff's Motion to Reverse, Remand or Modify the decision of the Commissioner is DENIED and the Defendant's Motion to Affirm the decision of the Commissioner is GRANTED.

BY ORDER:


 /s/ John J. McConnell, Jr.
John J. McConnell, Jr.
United States District Judge
January 28, 2015